UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cr-20006-PCH-1

**UNITED STATES OF AMERICA**,

v.

**JAMAAL CALLOWAY,**

    Defendant.

_____/

**ORDER ADOPTING AND AFFIRMING R&R AND ADJUDICATING DEFENDANT GUILTY**

    **THIS MATTER** came before the Court upon Magistrate Judge Lauren F. Louis' Report and Recommendation ("R&R") on Change of Plea [ECF No. 21], which was entered on March 18, 2024.  In the R&R, Judge Louis found that the Defendant Jamaal Calloway, freely and voluntarily entered a plea of guilty as to Counts 1, 2, and 7 of the Indictment, which charge him with dealing in firearms without a license, in violation of 18 U.S.C. § 922(a)(1)(A); possession of a firearm and ammunition by a convicted felon, in violation of 18 U.S.C. § 922(g)(1); and unlawful transfer and possession of a machine gun, in violation of 18 U.S.C. § 922(o)(1).

    Magistrate Judge Louis recommends that this Court accept Defendant's guilty plea, that Defendant be adjudicated guilty of Counts 1, 2, and 7, and that a sentencing hearing be conducted for final disposition of this matter.  The Court has reviewed Judge Louis' R&R, and no objections have been filed.  Therefore, based on a *de novo* review of the evidence presented, it is hereby:

    **ORDERED AND ADJUDGED** that (1) Magistrate Judge Louis' R&R on Change of Plea is **ADOPTED** and **AFFIRMED in its entirety**; (2) the Court accepts Defendant's plea of guilty, and Defendant is hereby adjudged guilty as to Counts 1, 2, and 7 of the Indictment; and (3) a

sentencing hearing before the Honorable Paul C. Huck is set for **Friday, May 31, 2024 at 9:00 a.m.**

**DONE AND ORDERED** in Miami, Florida on March 22, 2024.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lauren F. Louis
Counsel of record